| | | |
|---|---|---|
| STATE OF INDIANA | ) | JASPER CIRCUIT/SUPERIOR COURT |
| | ) | |
| COUNTY OF JASPER | ) | CAUSE NO. 37D01-2202-CT-000113 |

Jasper Superior Court 1

ENOZER TELUSME, )
)
    Plaintiff, )
)
vs. )
)
J.B. HUNT TRANSPORT, INC., and )
ANDRE TERRELL, )
)
    Defendants. )

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

Comes now the Plaintiff, Enozer Telusme, by counsel, and for his complaint for damages against Defendants, J.B. Hunt Transport, Inc., and Andre Terrell, alleges and states as follows:

1. The events described herein occurred in the County of Jasper within the State of Indiana.

2. Defendant, J.B. Hunt Transport, Inc. ("JB Hunt") is a corporation formed under the laws of the State of Georgia and whose principal office is PO Box 130, Attn: Sharon Nertherton, Lowell, Arkansas, 72745-0130.

3. JB Hunt is a federal motor carrier engaged in the business of transporting goods in interstate commerce for hire.

4. During all times pertinent hereto, JB Hunt was authorized to operate in the State of Indiana.

5. All acts and omissions of JB Hunt herein alleged were performed or omitted by employees, agents and/or representatives of JB Hunt while they were acting within the course and scope of their employment with JB Hunt.

1



6. At the time of the events described herein, the Defendant, Andre Terrell (Terrell"), was acting within the course and scope of his employment with the Defendant, JB Hunt.

7. On March 19, 2021, the Plaintiff was inside his vehicle in the parking lot of the Pilot Gas Station located at 4151 W US Hwy 24 in Remington, Indiana, County of Jasper.

8. At the same time, Terrell was operating a JB Hunt commercial motor vehicle and as he entered the Pilot Gas Station parking lot, he struck the Plaintiff's vehicle.

9. Upon information and belief, Terrell hunt was acting within the course and scope of his employment with JB Hunt at the time of the events described above.

10. JB Hunt, by and through its agent, representative and/or employee Andre Terrell, was careless and negligent in one or more of the following ways:

   a. Terrell careless and negligently failed to use the care an ordinarily careful person would use under the same or similar circumstances;

   b. Terrell carelessly and negligently failed to keep his vehicle under proper control so as to avoid striking Enozer Telusme's vehicle;

   c. Terrell carelessly and negligently failed to maintain a proper lookout for other vehicles;

   d. Terrell carelessly and negligently failed to apply the brakes of his vehicle in time to avoid striking Enozer Telusme's vehicle;

   e. Terrell failed to change, alter or divert the course of his vehicle to avoid striking the vehicle carrying Enozer Telusme;

   f. Terrell carelessly and negligently disregarded a signal and/or regulatory sign;

    g. Terrell carelessly and negligently operated his vehicle at a dangerous and excessive rate of speed under the circumstances.

11. Additionally, JB Hunt was careless and negligent in one or more of the following ways:

    a. JB Hunt negligently and carelessly failed to properly hire, select, train, supervise, and/or retain its drivers, including, but not limited to, Terrell;

    b. JB Hunt negligently and carelessly put or allowed to remain on the road unqualified and/or reckless drivers, including, but not limited to, Terrell;

    c. JB Hunt negligently and carelessly failed to screen and test its drivers periodically to monitor and evaluate their safety orientation, including, but not limited to, Terrell;

    d. JB Hunt negligently and carelessly failed to develop, promulgate, adopt, and/or implement safety policies, procedures, and practices for its drivers, including, but not limited to, Terrell;

    e. JB Hunt negligently and carelessly permitted, allowed, and/or failed to stop its drivers, including, but not limited to, Terrell, from violating state and federal statutes and regulations, including, but not limited to, Ind. Code § 8-2.1-24-18 and the Federal Motor Carrier Safety Regulations, 49 C.F.R. §§ 40, 350-399;

    f. JB Hunt negligently and carelessly failed to provide periodic systematic safety and/or defensive driving training for its drivers, including, but not limited to, Terrell;

    g. JB Hunt negligently and carelessly failed to provide remedial training of its drivers, including, but not limited to, Defendant, Terrell; and

    h. JB Hunt negligently entrusted its vehicle to Terrell.

12. In the event that Andre Terrell was not acting within the course and scope of his employment with JB Hunt at the time of the collision described herein, Andre Terrell, individually, was careless and negligent in one or more of the following ways:

    a. Terrell careless and negligently failed to use the care an ordinarily careful person would use under the same or similar circumstances;

    b. Terrell carelessly and negligently failed to keep his vehicle under proper control so as to avoid striking the Plaintiff's vehicle;

    c. Terrell carelessly and negligently failed to maintain a proper lookout for other vehicles using the roadway, including the Plaintiff's vehicle;

    d. Terrell carelessly and negligently failed to apply the brakes of his vehicle in time to avoid striking the Plaintiff's vehicle;

    e. Terrell failed to change, alter or divert the course of his vehicle to avoid a striking the Plaintiff's vehicle;

    f. Terrell carelessly and negligently disregarded a signal and/or regulatory sign;

    g. Terrell carelessly and negligently operated his vehicle at a dangerous and excessive rate of speed under the circumstances.

13. As a direct and proximate result of the negligence of the Defendants, the Plaintiff sustained personal injuries.

14. As a direct and proximate result of his injuries and the effects upon him, the Plaintiff, Enozer Telusme, has experienced, and will experience in the future, physical pain and mental suffering.

15. As a direct and proximate result of his injuries and the effects upon him, the Plaintiff, Enozer Telusme, in order to attempt to treat his injuries and lessen his physical pain, has been required to engage the services of medical providers for medical treatment, and has incurred reasonable medical expenses as a result.

16. As a direct and proximate result of his injuries and the effects upon him, the Plaintiff Enozer Telusme will require additional medical care and will incur additional medical expenses in the future.

17. At the time of this collision, the Plaintiff, Enozer Telusme, was gainfully employed and as a direct and proximate result of his injuries, has been forced to miss work and will miss additional work in the future, thereby incurring a loss of wages.

## JURY DEMAND

18. Plaintiff requests a trial by jury.

WHEREFORE, Plaintiff, Enozer Telusme, prays for judgment against the Defendants in an amount commensurate with her injuries, for the costs of this action, and for all other just and proper relief.

Respectfully submitted,

**CHRISTIE FARRELL LEE & BELL, P.C.**

By: /s/ Kyle L. Christie
Kyle L. Christie - #31261-49
Attorney for Plaintiff, Enozer Telusme

**CHRISTIE FARRELL LEE & BELL, P.C.**
951 N. Delaware Street
Indianapolis, Indiana 46202
kyle@cflblaw.com

| | | |
|---|---|---|
| STATE OF INDIANA | ) | JASPER CIRCUIT/SUPERIOR COURT |
| | ) | |
| COUNTY OF JASPER | ) | CAUSE NO. 37D01-2202-CT-000113 |

Jasper Superior Court 1

| | |
|---|---|
| ENOZER TELUSME, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| J.B. HUNT TRANSPORT, INC., and | ) |
| ANDRE TERRELL, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE FORM (CIVIL)
### Initiating Party

1. Name of First Initiating Party: **Enozer Telusme**

2. Attorney Information (as applicable for service of process):

   **Kyle L. Christie - #31261-49**
   **CHRISTIE FARRELL LEE & BELL, P.C.**
   **951 North Delaware Street**
   **Indianapolis, Indiana 46202**
   **Telephone: (317) 488-5500**
   **Fax: (317) 488-5510**
   **kyle@cflblaw.com**

3. Type of Case Requested: **CT**

4. Will Accept Fax Service: **No**

5. Related cases? **No**

6. Additional information required by state or local rule: None.

Respectfully Submitted,

**CHRISTIE FARRELL LEE & BELL, P.C.**

BY: /s/Kyle L. Christie
    Kyle L. Christie, #31261-49
    Attorney for the Plaintiff

| | | |
|---|---|---|
| STATE OF INDIANA | ) | JASPER CIRCUIT/SUPERIOR COURT |
| | ) | |
| COUNTY OF JASPER | ) | CAUSE NO. 37D01-2202-CT-000113 |

Jasper Superior Court 1

| | |
|---|---|
| ENOZER TELUSME, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| J.B. HUNT TRANSPORT, INC., and ANDRE TERRELL, | ) |
| | ) |
| Defendants. | ) |

# SUMMONS

**TO DEFENDANT:** J.B. Hunt Transport, Inc.
c/o Corporation Service Company
135 North Pennsylvania St., Suite 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 2/11/2022

_Kara Fishburn_
CLERK, Jasper County Superior/Circuit Court
/s/ Houston Holliday

The following manner of service of Summons is hereby designated:

  **X  Registered or Certified Mail**

Kyle L. Christie, #31261-49
Christie Farrell Lee & Bell, P.C.
951 North Delaware Street
Indianapolis, IN 46202
Telephone: (317) 488-5500, Fax (317) 488-5510
kyle@cflblaw.com

| STATE OF INDIANA | ) | JASPER CIRCUIT/SUPERIOR COURT |
|---|---|---|
| COUNTY OF JASPER | ) ) | CAUSE NO. 37D01-2202-CT-000113 |

Jasper Superior Court 1

ENOZER TELUSME,

    Plaintiff,

vs.

J.B. HUNT TRANSPORT, INC., and
ANDRE TERRELL,

    Defendants.

## SUMMONS

**TO DEFENDANT:** Andre Terrell
2624 Ledyard Ave.
Toledo, OH 43606

    You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

    An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

    If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Dated: 2/11/2022

*Kara Fishburn*
CLERK, Jasper County Superior/Circuit Court
/s/ Houston Holliday

The following manner of service of Summons is hereby designated:

    __X__ Registered or Certified Mail

Kyle L. Christie, #31261-49
Christie Farrell Lee & Bell, P.C.
951 North Delaware Street
Indianapolis, IN 46202
Telephone: (317) 488-5500, Fax (317) 488-5510
kyle@cflblaw.com